IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELANDES WILSON,<br><br>Defendant. | 8:17CR164<br><br>**ORDER** |

      This matter is before the Court on the Motion to Compel (Filing No. 32) filed by Defendant, Felandes Wilson. The Court has also reviewed Defendant's Motion to Suppress (Filing No. 24) and his Brief in Support of the Motion to Suppress and Request for *Franks* Hearing (Filing No. 25). Further, the Court has reviewed the transcript (Filing No. 34) of the detention hearing proceedings held on June 15, 2017, and the Government's Response to Defendant's Motion to Suppress Evidence and Motion to Compel (Filing No. 35). Finally, the Court has received and reviewed the documents identified in the Government's Index of Evidence (Filing No. 36), namely, the search warrant affidavit and application, search warrant, and state probation order.

      Defendant moves the Court to enter an order compelling State of Nebraska Probation Officer Christine Trosper to provide her complete probation file on Defendant. Defendant states he needs his probation file because an issue exists as to whether the file "alleges criminal activity" that provided probable cause for the issuance of the search warrant. Defendant also asserts his counsel cannot properly prepare for the suppression hearing without an opportunity to review the probation file. (Filing No. 32). The Court disagrees. The warrant affidavit and application does not state that the information regarding Defendant's purported gang affiliation or his current address came from his probation file. (Filing No. 36-1). Furthermore, the extent to which information from his probation file would support either his suppression motion or his request for a hearing under *Franks v. Delaware*, 438 U.S. 154 (1978) is not apparent. As such, the Motion to Compel (Filing No. 32) is denied. Accordingly,

      **IT IS ORDERED:**

      1.    Defendant's Motion to Compel (Filing No. 32) is denied.

2. Defendant's request for a *Franks* hearing will be taken up at the hearing scheduled on August 10, 2017. The inquiry at the hearing will be limited to the chronology and events of the purported probation search that took place before the warrant application, on or about October 14, 2016.

3. Defendant's Motion to Suppress, premised on a lack of reasonable suspicion or probable cause that he had committed a crime, that the search was non-consensual, and that the warrant was issued without probable cause, and opposed by the Government on such grounds and on the basis of a probation order search provision, will be considered at the scheduled hearing.

4. On or before **August 7, 2017**, Defendant shall submit to the Court any supplement to the Government's Index of Evidentiary Material (Filing No. 36) necessary for the Court's determination of his Motion to Suppress (Filing No. 24) and request for a *Franks* hearing.

Dated this 31st day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge